UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SCOTT WILSON<br><br>　　Plaintiff<br><br>　　v.<br><br>CITY OF EUREKA, ILLINOIS, an Illinois Local Governmental Entity<br><br>　　Defendant | Case No. 11-1433<br><br>Judge Michael M. Mihm<br>Magistrate Judge Byron G. Cudmore |

## STIPULATION TO DISMISS

Now come the parties through their respective undersigned attorneys and pursuant to Rule 41 of the Federal Rules of Civil Procedure stipulate and agree that the action should be dismissed with each party bearing their own costs and the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement reached between the parties.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　s/ Richard L. Steagall
　　　　　　　　　　　　　　　　　RICHARD L. STEAGALL,
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　RICHARD L. STEAGALL
　　　　　　　　　　　　　　　　　Nicoara & Steagall
　　　　　　　　　　　　　　　　　416 Main Street, Suite 815
　　　　　　　　　　　　　　　　　Peoria, IL 61602
　　　　　　　　　　　　　　　　　309-674-6085
　　　　　　　　　　　　　　　　　Fax 309-674-6032
　　　　　　　　　　　　　　　　　nicsteag@mtco.com

Respectfully submitted,

s/ Dominick L. Lanzito
DOMINICK L. LANZITO,
Attorney for the Defendants

DOMINICK L. LANZITO
Peterson, Johnson & Murray Chicago LLC
233 S. Wacker Drive, 84th Floor
Chicago, Illinois 60606
Tel: (312) 782-7150
Fax: (312) 896-9318
Email: lanzito@pjmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **November 6, 2013**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record

Dominick L. Lanzito
Peterson, Johnson & Murray Chicago LLC
233 S. Wacker Drive, 84th Floor
Chicago, Illinois 60606
Tel: (312) 782-7150
Fax: (312) 896-9318
Email: lanzito@pjmlaw.com

                                                    s/ Richard L. Steagall
                                                  RICHARD L. STEAGALL

RICHARD L. STEAGALL
RYAN S. MCCRACKEN
Nicoara & Steagall
Commerce Building
416 Main Street Suite 815
Peoria, IL 61602-1103
Tel: 309-674-6085
Fax: 309-674-6032
nicsteag@mtco.com